IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORENZO PEARSON and CLARISSA PEARSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:14-CV-347-WKW ) |
| PEA RIVER ELECTRIC COOPERATIVE, INC., *et al.,* | ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

COMES NOW Alan C. Livingston, Attorney of Record for Defendant Farmer, Price, Hornsby & Weatherford, LLP, and notifies the Court that the claims of Plaintiffs against Defendant Farmer, Price Hornsby & Weatherford, LLP have been resolved by settlement. Upon completion of the documentation of the settlement, the claims against this Defendant will be dismissed with prejudice. The parties will file a Stipulation for Dismissal with prejudice when the settlement has consummated.

This the 19th day of August, 2014.

LEE, LIVINGSTON, LEE & NICHOLS, P.C.

By:  */s/ Alan C. Livingston*
Alan C. Livingston (ASB-0007-I67-A)
*Attorney for Defendant Farmer, Price, Hornsby & Weatherford, LLP*

Of Counsel:
Lee, Livingston, Lee & Nichols, P.C.
Post Office Box 1665
Dothan, AL 36302
334-792-4156
334-794-8342
alivingston@llln-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of August, 2014, a true and correct copy of the foregoing was served either by United States Postal Service, postage prepaid and properly addressed or by electronic filing to the following parties of record:

Lorenzo Pearson
Clarissa Pearson
Post Office Box 672
Ariton, AL 36311

Stephen T. Etheredge, Esq.
Dustin J. Fowler, Esq.
Buntin, Etheredge & Fowler, LLC
Post Office Box 1193
Dothan, AL 36302

                                              */s/ Alan C. Livingston*
                                              OF COUNSEL