IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORENZO PEARSON and<br>CLARISSA PEARSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEA RIVER ELECTRIC<br>COOPERATIVE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:14-CV-347-WKW<br>[WO] |

# **ORDER**

Before the court are the Recommendation of the Magistrate Judge (Doc. # 41) and Plaintiffs' objections (Doc. # 43). Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

1.   Plaintiffs' objections (Doc. # 43) are OVERRULED;

2.   the Recommendation (Doc. # 41) is ADOPTED;

3.   the motion to dismiss and compel arbitration (Doc. # 15) filed by Pea River Electric Cooperative, Inc. ("Cooperative") is DENIED in part only as to Plaintiffs' FDCPA claim against the Cooperative;

4.      Plaintiffs' FDCPA claim against the Cooperative is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

5.      Plaintiffs' remaining state law claims against the Cooperative are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A final judgment will be entered separately.

DONE this 5th day of December, 2014.

                                              /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE