IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORENZO PEARSON and<br>CLARISSA PEARSON,<br><br>    Plaintiffs,<br><br>v.<br><br>PEA RIVER ELECTRIC<br>COOPERATIVE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:14-CV-347-WKW<br>)<br>)<br>)<br>)<br>)<br>) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is the ORDER, JUDGMENT and DECREE that judgment is ENTERED in favor of Defendant Pea River Electric Cooperative, Inc., on all federal law claims and that Plaintiffs Lorenzo Pearson and Clarissa Pearson's state law claims are DISMISSED without prejudice.

DONE this 5th day of December, 2014.

                                            /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE