2015 JAN 05

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

FINAL JUDGMENT DECEMBER 5TH, 2014

NOTICE OF APPEAL
FOR THE 11TH APPELLATE COURT
OF FEDERAL APPPEALS

COMES NOW, Plaintiffs/Appellants Lorenzo and Clarissa Pearson notice this court of their intent to appeal Case: 1:14-cv-00347-WKW-CSC from the Middle District of Alabama.

1. Plaintiffs were allowed to proceed informa pauperis in District Court therefore they ask the same before the Appellant Court.

2. Plaintiffs request from District Court (COA) or in the alternative that this notice is accepted as a (COA) by the Appellant Court.

REASON FOR APPEAL

Plaintiffs can see where a jury could consider an issue of material fact exists as whether or not Farmer, Price, Horsnby, and Weatherford LLP (never intended to collect a debt from Plaintiff(s)) of which they initiated confirmation as a debt collector for Pea River Electric Cooperative Inc. Even as much so, the District Court interpretation is that they didn't. Therefore under FDCPA, there is a plausible claim of which relief can be granted under this circumstance.

CERTIFICATE OF SERVICE

Appellants/Plaintiffs certify they have sent a copy of the foregoing notice to Defendants (Pea River Electric Cooperative Inc.) attorneys on file, Dustin Judd Fowler and Stephen Talmadge Etheredge, Sr.

Done this the 3rd day of January 2015.

_____
Lorenzo Pearson    and    Clarissa Pearson    Pro Se Plaintiffs/Appellants

Lorenzo & Clarissa Pearson
P.O. Box 672
Ariton, AL 36311



7012 2920 0001 7173 9894

Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, AL 36104-4018